July 29, 1983.

463 A.2d 53

Bitting v. Kogan et al., Appellants.

Submitted March 22, 1983. C. Lee Anderson, for appellants; Carl G. Wass, for appellees.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Affirmed.